IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01059-BNB

NATHAN YBANEZ,

    Plaintiff,

v.

BERNADETTE SCOTT, in her individual and official capacity as Lieutenant of
    the SCF Mail Room, and
UNKNOWN SCF MAIL ROOM EMPLOYEE "C. MATHIS," in her individual capacity,

    Defendants.

## ORDER DRAWING CASE

After review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a presiding judge and, if appropriate, to a magistrate judge. *See* D.C.COLO.LCivR 8.1(c). Accordingly, it is

ORDERED that this case shall be drawn to a presiding judge and, if appropriate, to a magistrate judge.

DATED April 21, 2014, at Denver, Colorado.

                                      BY THE COURT:

                                      s/ Boyd N. Boland
                                      United States Magistrate Judge