IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01059-MSK-MJW

NATHAN YBANEZ,

Plaintiff,

v.

BERNADETTE SCOTT, in her individual and official capacities as Lieutenant of the SCF Mail Room, and
UNKNOWN SCF MAIL ROOM EMPLOYEE "C. Mathis," in her individual capacity,

Defendants.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that:

- Defendant's Motion for Extension of Time to Respond to Plaintiff's November 6, 2014 Written Discovery Requests (**Docket No. 58**) is GRANTED.  Due to issues that may be raised by the briefing on Defendants' Motion to Stay, the Court grants an extension of time seven days longer than requested.  Defendant Scott shall have up to and including January 15, 2015 to respond to Plaintiff's November 6, 2014 written discovery requests;

- Plaintiff's Motion to Strike Ex Parte Pleading or for Service and Extension of Time to Respond (**Docket No. 60**) is **GRANTED IN PART and DENIED IN PART**.  The motion is denied insofar as it seeks to strike Defendants' Motion to Stay Discovery (Docket No. 56).  It is granted insofar as it seeks, in the alternative, an extension of time in which to respond to such motion.  Plaintiff shall have up to and including December 31, 2014 to file a response to Defendants' Motion to Stay Discovery (Docket No. 56); and

- The Clerk of Court is directed to mail a copy of this order to Plaintiff Nathan Ybanez at Sterling Correctional Facility, P.O. Box 6000, Sterling, CO 80751.

Date: December 10, 2014