IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01059-MSK-MJW

NATHAN YBANEZ,

Plaintiff,

v.

BERNADETTE SCOTT, in her individual and official capacities as Lieutenant of the SCF Mail Room, and
UNKNOWN SCF MAIL ROOM EMPLOYEE "C. Mathis," in her individual capacity,

Defendants.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiff's Motion to Compel Production of Documents Pursuant to F.R.C.P. 37 **(Docket No. 68)** is **DENIED** without prejudice.

On February 3, 2015, the Court entered an order staying proceedings until Defendants' motion to dismiss is resolved. (Docket No. 67.) Should Chief Judge Krieger deny Defendants' motion to dismiss, the stay will be lifted and Plaintiff will be allowed to re-file his motion to compel.

Date: February 10, 2015