IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 14-cv-01059-MSK-MJW

NATHAN YBANEZ,

        Plaintiff,

v.

BERNADETTE SCOTT, in her official capacity as Lieutenant of the SCF Mail Room, and
CANDY MATHIS, in her individual capacity,

        Defendants.

## FINAL JUDGMENT

In accordance with orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P 58(a)(1), the following Final Judgment is hereby entered.

Pursuant to the ElectronicText Order by Chief Judge Marcia S. Krieger (**Doc. #92**) filed on July 6, 2015, adopting the recommendation issued by the Magistrate Judge (**Doc. #87**) and granting the Motion to Dismiss the Amended Complaint (**Doc. #84**), it is

ORDERED that:

The Recommendation of Magistrate Judge Watanabe (**Doc. #87**) is **ADOPTED** in accordance with (**Doc. #92**).  The Amended Complaint is DISMISSED with prejudice.

The case will be closed.

Dated this 6th day July, 2015.

                                    ENTERED FOR THE COURT:
                                    JEFFREY P. COLWELL, CLERK


                                    s/Patricia Glover

Deputy Clerk